UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff | ) ) | CASE NO.1:08CV2503 |
| -vs- | ) ) | |
| RAYMOND THOMAS, et al, | ) ) | ORDER |
| Defendants | ) | |

The above-captioned case was filed on October 22, 2008. Service was perfected on November 4, 2008 as to Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc. Upon review of the record, no answer on behalf of Defendants Raymond Thomas and/or Strictly Stocks Investment Company, Inc.,has been filed.

Defendants have failed to file a timely answer and Plaintiff is requested to submit an appropriate motion, affidavit, request for entry of default, and proposed order for default judgment by **December 30, 2008** or show cause why said defendants should not be dismissed for want of prosecution.

IT IS SO ORDERED.

S/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

December 19, 2008