# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) |  |
| Plaintiff, | ) ) | Hon. Christopher A. Boyko |
| v. | ) ) | Civil Action No. 1:08-cv-2503 |
| RAYMOND THOMAS and STRICTLY STOCKS INVESTMENT CO., INC. | ) ) ) ) |  |
| Defendants. | ) ) |  |

### FINAL JUDGMENT ORDER OF PERMANENT INJUNCTION
### AND OTHER RELIEF BY DEFAULT AGAINST
### <u>RAYMOND THOMAS AND STRICTLY STOCKS INVESTMENT COMPANY, INC.</u>

This matter coming before the Court on the Plaintiff Securities and Exchange Commission's Motion for Entry of Final Judgment Order of Permanent Injunction and Other Relief By Default Against Raymond Thomas and Strictly Stocks Investment Company, Inc. ("the Motion"), and the Court having considered the Motion, the brief filed in support of said motion, the Securities and Exchange Commission's Complaint, and the evidence, papers and arguments presented therein.

**I.**

**IT IS HEREBY ORDERED** that the Motion by Plaintiff Securities and Exchange Commission is GRANTED against Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc.

**II.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc., their officers, agents, servants, employees, attorneys, assigns, and all persons in active concert or participation with them who receive actual notice of this Final Judgment Order by personal service or otherwise, and each of them are permanently restrained and enjoined from, in the offer or sale of any securities, by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, directly or indirectly, employing any device, scheme or artifice to defraud, in violation of Section 17(a) of the Securities Act [15 U.S.C. §77q(a)].

**III.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc., their officers, agents, servants, employees, attorneys, assigns, and all persons in active concert or participation with them who receive actual notice of this Final Judgment Order by personal service or otherwise, and each of them are permanently restrained and enjoined from, directly or indirectly, in connection with the purchase or sale of any security, by the use of any means or instrumentality of interstate commerce, or of the mails, or any facility of any national securities exchange:

(a)  employing any device, scheme or artifice to defraud; or

(b)  making any untrue statement of material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)  engaging in any act, practice or course of business which operates or would operate as a fraud or deceit upon any person, in violation of Section 10(b) of the Securities

Exchange Act of 1934 [15 U.S.C. §78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F. R. §240.10b-5].

IV.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc., their officers, agents, servants, employees, attorneys, assigns, and all persons in active concert or participation with them who receive actual notice of this Final Judgment Order by personal service or otherwise, and each of them are permanently restrained and enjoined from violating, directly or indirectly, as an investment adviser, Sections 206(1) and 206(2) of the Advisers Act [15 U.S.C. §§ 80b-6(1) and 80b-6(2)], by using the mails or means or instrumentalities of interstate commerce, directly or indirectly, to employ any device, scheme, or artifice to defraud any client or prospective client.

V.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants Raymond Thomas and Strictly Stocks Investment Company, Inc., jointly and severally shall pay disgorgement in the amount of $621,000 and prejudgment interest in the amount of $95,406.67 to the United States Treasury. Defendants shall make this payment within ten (10) business days after entry of this Final Judgment Order by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Raymond Thomas and Strictly Stocks Investment Company as the defendants in this action; setting forth the title and civil action

number of this action and the name of this Court; and specifying that payment is made pursuant to Final Judgment Order.

## VI.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Raymond Thomas shall pay a civil penalty in the amount of $130,000 to the United States Treasury.  Defendant shall make this payment within ten (10) business days after entry of this Final Judgment Order by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Raymond Thomas as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to Final Judgment Order.

## VII.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Strictly Stocks Investment Company, Inc. shall pay a civil penalty in the amount of $650,000 to the United States Treasury.  Defendant shall make this payment within ten (10) business days after entry of this Final Judgment Order by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Strictly Stocks Investment Company,

Inc. as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to Final Judgment Order.

## VIII.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment Order; and all other orders and decrees which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

There is no just reason for delay, the Clerk of the Court is directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Final Judgment Order forthwith.

Dated: February 23, 2009

s/Christopher A. Boyko
Honorable Christopher A. Boyko
United States District Court Judge