UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 1:08CV2503 |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| RAYMOND THOMAS, et al., | ) ) | |
| Defendant(s). | ) | **O R D E R** |

The Court entered Default Judgment on behalf of Plaintiff, United States Securities and Exchange Commission, and against Defendants Raymond Thomas and Strictly Stocks Investment Co., Inc., on February 23, 2009, (ECF Doc. #10).

On May 5, 2009, this matter was reopened for the limited purpose of allowing Defendants to provide proof of inability to pay.

On June 11, 2009, upon consideration of Defendants' submission and Plaintiff's response, the Court granted Plaintiff's request to keep in place its previous judgment entered requiring Defendants to pay disgorgement, prejudgment interest and penalties in the amounts previously set (ECF Dkt. #10).  Therefore, this matter is terminated pursuant to Fed.R.Civ.P. 58.

IT IS SO ORDERED.

S/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

June 17, 2009